IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 4:12CR3033 |
| v. | ) | **ORDER** |
| BRITNEY EDNEY, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Pretrial Motions Deadline, filing 18, from June 4, 2012, to June 25, 2012. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline to file pretrial motions shall be continued until the 25th day of June, 2012.

This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's deadline to file pretrial motions. This Court further finds that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from June 4, 2012, until June 25, 2012, shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 4th day of June, 2012.

BY THE COURT:

s:/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge